

# Fourth Court of Appeals
## San Antonio, Texas

November 23, 2021

No. 04-21-00313-CR

David **GREENWOOD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. CRW1707142
Honorable Lynn Ellison, Judge Presiding

# O R D E R

On November 23, 2021, the court reporter filed a notification of late record indicating technical issues will prevent timely filing of trial exhibits by the November 29, 2021 deadline to file the reporter's record. Other than the trial exhibits, the court reporter timely filed the reporter's record. Because unresolved technical issues form the basis of the court reporter's request, the court reporter did not estimate a particular length of time in requesting an extension.

We GRANT the reporter's request for extension. The court reporter is ORDERED to file with this court **no later than December 10, 2021**, either (1) the remainder of the reporter's record; or (2) if technical issues prevent timely filing of the remainder of the reporter's record, a notification of late record with an estimate for when the reporter's record will be completed.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of November, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court